DREW EBERSON *v.* RAYMOND C. GALVIN

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Hartford County is granted unless the defendant files his assignment of errors on or before October 16, 1972.

*Frederick W. Odell,* for the appellee (plaintiff).

*Louis J. Mattioli,* for the appellant (defendant).

Argued October 4—decided October 4, 1972

IN RE APPLICATION OF BENJAMIN PAUSHTER FOR
REINSTATEMENT TO THE BAR

The motion by Charles G. Albom for permission to withdraw his appearance for the applicant Benjamin Paushter in the appeal from the Superior Court in Fairfield County is granted.

*William F. Gallagher,* on the motion.

Argued October 4—decided October 4, 1972

STATE OF CONNECTICUT *v.* ANGELO ORSINI

The motion by the state to dismiss the appeal from the Superior Court in New Haven County at Waterbury is granted.

*Walter H. Scanlon,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).